```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16513
   MATTHEW G SLATTERY
   BEVERLY L SLATTERY                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-0290     SSN XXX-XX-5997
```

----
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
----

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/11/07 and confirmed on 12/19/07.

   2. The case was dismissed after confirmation, 01/30/2009.

   3. The Debtor paid a total of $ 7990.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| CNAC | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 6529.55 | .00 | 399.17 |
| INTERNAL REVENUE SERVICE | PRIORITY | 34094.79 | .00 | 2084.33 |
| JODI SHELTON | CHILD SUPPORT | 3213.09 | 207.18 | 1269.16 |
| AMERICASH LOANS | UNSECURED | 1650.27 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 676.15 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2248.28 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 12870.37 | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR DENTAL IMPLAN | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR SURGERY BREAS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 413.56 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT & DISCOUNT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT & DISCOUNT | UNSECURED | NOT FILED | .00 | .00 |
| FIGEL LAW OFFICES | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

```
GMAC PAYMENT CENTER        UNSECURED        5515.28              .00             .00
GOOD SAMARITAN HOSPITAL    UNSECURED      NOT FILED              .00             .00
HERITAGE ACCEPTANCE CORP   UNSECURED        7688.70              .00             .00
HSBC                       UNSECURED      NOT FILED              .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         431.91              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
ILLINOIS DEPT REVENUE      UNSECURED        1143.07              .00             .00
IL DEPT OF EMPLOYMENT SE   UNSECURED        2330.00              .00             .00
JOLIET RADIOLOGY           UNSECURED      NOT FILED              .00             .00
KCA FINANCIAL SERVICES     UNSECURED      NOT FILED              .00             .00
KELLY PARTNERS             UNSECURED      NOT FILED              .00             .00
KUMON MATH AND READING C   UNSECURED      NOT FILED              .00             .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED              .00             .00
LUCAS HOLCOMB & MEDREA     UNSECURED         138.25              .00             .00
MARY CONRLIN               UNSECURED      NOT FILED              .00             .00
MICHAEL COLOMB             UNSECURED        5649.21              .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED      NOT FILED              .00             .00
NCO FINANCIAL SRV          UNSECURED      NOT FILED              .00             .00
NICOR GAS                  UNSECURED      NOT FILED              .00             .00
PIER ONE IMPORTS           UNSECURED      NOT FILED              .00             .00
PORTER-STARKE SERVICES     UNSECURED         297.71              .00             .00
PRAIRIE DENTAL LTD         UNSECURED      NOT FILED              .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED         254.29              .00             .00
PREMIUM ASSET RECOVERY     UNSECURED          47.60              .00             .00
PROVENA ST JOSEPH MEDICA   UNSECURED      NOT FILED              .00             .00
RECOVERY MANAGEMENT SYST   UNSECURED      NOT FILED              .00             .00
SERPICO NOVELLE & PETROS   UNSECURED        1075.00              .00             .00
SOUTHWEST CREDIT SYSTEM    UNSECURED      NOT FILED              .00             .00
T MOBILE USA               UNSECURED         112.92              .00             .00
THOMAS RUTKOWSKI           UNSECURED      NOT FILED              .00             .00
WILL COUNTY MEDICAL ASSO   UNSECURED      NOT FILED              .00             .00
ZENITH ACQUISITION CORP    UNSECURED      NOT FILED              .00             .00
CBUSA                      UNSECURED      NOT FILED              .00             .00
INTERNAL REVENUE SERVICE   SECURED          1875.00              .00          406.25
INTERNAL REVENUE SERVICE   UNSECURED       15395.87              .00             .00
NORTHERN INDIANA PUB SER   UNSECURED         426.80              .00             .00
------------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------------
     Summary of disbursements:
------------------------------------------------------------------------------------

             SECURED      PRIORITY      UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   1875.00     43837.43      58365.24           .00     104077.67
PRINCIPAL PAID        406.25      3752.66           .00           .00       4158.91
INTEREST PAID            .00       207.18           .00           .00        207.18
TOTAL PAID            406.25      3959.84           .00           .00       4366.09
```

The Debtor's attorney, SCHOTTLER & ASSOC           , was allowed $    3500.00
and was paid $    300.00 direct and $   3200.00 through the plan.

The Trustee received $    423.91 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/12/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```